IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 25-CR-20015 |
| ) | |
| vs. ) | Title 21, United States Code, |
| ) | Section 841(a)(1), (b)(1)(A), (b)(1)(B), |
| RYAN L. CORNELL, ) | and (b)(1)(C). |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE
### Distribution of 5 Grams or More of Methamphetamine (Actual)

**THE GRAND JURY CHARGES:**

On or about October 28, 2024, in Macon County, in the Central District of Illinois,

**RYAN L. CORNELL,**

defendant herein, knowingly and intentionally distributed 5 grams or more of

methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).


### COUNT TWO
### Distribution of 5 Grams or More of Methamphetamine (Actual)

**THE GRAND JURY CHARGES:**

On or about January 10, 2025, in Macon County, in the Central District of Illinois,

**RYAN L. CORNELL,**

defendant herein, knowingly and intentionally distributed 5 grams or more of

methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE
### Possession of 50 Grams or More of Methamphetamine (Actual) with Intent to Distribute

**THE GRAND JURY CHARGES:**

On or about January 13, 2025, in Macon County, in the Central District of Illinois,

**RYAN L. CORNELL,**

defendant herein, knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT FOUR
### Possession of Fentanyl with Intent to Distribute

**THE GRAND JURY CHARGES:**

On or about January 13, 2025, in Macon County, in the Central District of Illinois,

**RYAN L. CORNELL,**

defendant herein, knowingly and intentionally possessed fentanyl, a Schedule II controlled substance, with the intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## SPECIAL FINDINGS

1. In connection with the offenses set forth in Counts One, Two, Three, and Four of this Indictment, the following factors are relevant to determining the sentence of the defendant, **RYAN L. CORNELL**, pursuant to Title 21, United States Code, Section 851:

    a.  On or about October 6, 2020, the defendant was convicted in Macon County Circuit Court case number 2018-CF-994, of Delivery of Methamphetamine (15-100 grams), a serious drug felony offense, and, as a result, the defendant (a) faced a maximum term of imprisonment of ten years or more; (b) served a term of imprisonment of more than 12 months; and (c) was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts One, Two, Three, and Four of this Indictment.

    b.  On or about December 16, 2019, the defendant was convicted in Central District of Illinois case number 18cr20052 of the offense of Possession of Methamphetamine (Actual) with Intent to Distribute, a Serious Drug Felony offense, and, as a result, the defendant (a) faced a maximum term of imprisonment of ten years or more; (b) served a term of imprisonment of more than 12 months; and (c) was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts One, Two, Three, and Four of this Indictment.

A TRUE BILL

s/redacted

FOREPERSON

s/redacted

GREGORY M. GILMORE
Acting United States Attorney
RER

3