FILED
NOV 24 2025
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 25-CR-20015 |
| V. ) | |
| ) | |
| RYAN L. CORNELL ) | |
| ) | |
| DEFENDANT. ) | |

## MOTION TO REPLACE COUNSEL

Now comes the Defendant Ryan L. Cornell, pro'se, and do inform this court this is a motion to request a replacement of court appointed counsel Attorney Amir Mohabbat.

Irreconcilable differences have arisen beyond repair between the appointed counsel and Defendant to include but not limited to:

1) Multiple failed attempts at establishing contact and correspondence in litigation issues amounting to negligence.

2) Failure to establish contact or keep me informed of occurrences at court dates such as when my pretrial release motion hearing took place and the results and reasons.

3) I've sent multiple correspondences regarding my case and possible defenses all of which he has not responded or put any effort into addressing those issues and situations or giving me a valid reason for not doing such.

4) Disrespect exhibited from him towards me and members of my family that attempt to establish contact with him in regards to issues with my case and our lack of contact, where he has simply hung up the phone on me or them in the middle of a conversation.

5) Ignoring any and all correspondences by mail.

6) Inadequate amount of time or effort being applied to my case.

7) Inexperienced in criminal drug prosecutions, he informed me this is his very first drug case.

8) His tactic for attempting to reach a plea agreement with the prosecution are to set the case for a trial setting and I do not in any way, shape, form, or fashion agree with this at all.

9) He refuses to give me the option to view my discovery.

10) I do not feel safe with his representation on my behalf, and would move the court to replace counsel due to his lack of effectiveness on my behalf, and a host of other reasons.

    Wherefore I move the court to release him from any more continued term of representation on my behalf and appoint me with another representative of counsel. I apologize if this is causing any confusion, I don't feel as if he has my well being and better interest in his attempts at representation on my behalf.

Respectfully Submitted,

*/s/ Ryan Cornell*

Ryan L. Cornell

Ryan Cornell
333 S. Franklin St
Decatur IL 62522

Legal Mail

Judge Collin Bruce/Clerks Office
201 S. Vine St.
Urbana IL 61802